ORDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
EASTERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
------------------------------------------------------------x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Local Criminal Rule 1.1(b). Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney and paralegals are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned US v. Cardona, et al.

, No. 21-cr-622.

The date(s) for which such authorization is provided is (are) September 26 – October 31, 2023.

| Attorney and Paralegals | Device(s) |
|---|---|
| 1. Susan J. Walsh | Laptop |
| 2. Kathleen Hoban, Paralegal | Laptop, phone, watch |
| 3. Connor Hoffman, Paralegal | Laptop, phone, watch |

*(Attach Extra Sheet If Needed)*

The attorney and paralegal identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney or paralegal that he or she will comply in all respects with the restrictions and obligations set forth in Local Criminal Rule 1.1(b).

SO ORDERED:

Dated: September 22, 2023

s/ **LDH**
_____
Honorable LaShann DeArcy Hall, United States District Judge