

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LHE/GK/NJM/RAS        *271 Cadman Plaza East*
F. #2016R02114           *Brooklyn, New York 11201*

September 25, 2023

By ECF and E-mail

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Cardona et al.
                    Criminal Docket No. 21-622 (LDH)

Dear Judge DeArcy Hall:

       In anticipation of jury selection tomorrow, the government provides the following list of names and locations that may be discussed during trial. As discussed during the pretrial conference on April 4, 2023, the government will provide photographs of the victims who will be identified by first name only. At the request of defense counsel, the government also intends to show, with the Court's permission, photographs of all fact witnesses anticipated to testify in order to address defense counsels' concerns regarding prejudice.

    Names:

- Veronica (photo to be shown)
- Briselda (photo to be shown)
- Ivonne (photo to be shown)
- Placida (photo to be shown)
- Dalia (photo to be shown)
- Carlos Gonzalez Hernandez (photo to be shown)
- Teodoro Rojas Lopez (photo to be shown)
- Antonio Vargas (photo to be shown)
- Elba Arroyo
- Dulce Stephanie Hernandez
- Adolfo Lopez

- Hector Gustavo Lopez
- Raquel Hernandez Garcia
- Christian Godinez
- Leonardo Martinez
- Marina Montiel
- Galo Naranjo
- Wayne Peiffer
- Mark Lubin, FBI
- Ivanhoe Vargas, FBI
- Brian Gander, FBI
- Ann Macadangdang, DOE

Locations

- Rosa Mexicana restaurant in Queens, New York
- Brewster Police headquarters
- 34-46 112th Street, Queens, New York
- 114 Taipei Court, Queens, New York
- 132-01 14th Avenue, Queens, New York (Chase Bank)

Respectfully,

BREON PEACE
United States Attorney

By:  /s/
Lauren H. Elbert
Gillian Kassner
Rachel A. Shanies
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel for Defendants